**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LUIS HUMBERTO RODRIGUEZ, a.k.a.
Humberto Rodriguez,

            Petitioner,

  v.

ERIC H. HOLDER, Jr., Attorney General,

            Respondent.

No. 10-73474

Agency No. A097-708-506

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 10, 2012[**]

Before:    WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

    Luis Humberto Rodriguez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

In his opening brief, Rodriguez fails to address, and therefore has waived any challenge to, the BIA's dispositive determination that the motion to reopen was untimely. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived).

Because the BIA's untimeliness determinations is dispositive, we do not reach Rodriguez's remaining contentions.

**PETITION FOR REVIEW DENIED.**